IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HERITAGE OAKS-TND, LTD.,

      Appellant,

v.

CITY OF ALACHUA,
FLORIDA, A FLORIDA
MUNICIPAL CORPORATION,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2248

_____/

Opinion filed March 9, 2016.

An appeal from the Circuit Court for Alachua County.
Victor L. Hulslander, Judge.

Seldon J. Childers and James Walter Kirkconnell of ChildersLaw LLC, Gainesville, for Appellant.

David A. Theriaque and S. Brent Spain of Theriaque & Spain Law Firm, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, THOMAS, and MAKAR, JJ., CONCUR.